## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

WARD ROBBINS,                                CASE NO. 8:23-cv-01723-KKM-AAS

      Plaintiff,

v.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

      Defendants.

### NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

Peter J. Melaragno, Esq., of the law firm Fowler White Burnett, P.A., hereby gives notice

of his appearance as counsel for Defendant AIR & LIQUID SYSTEMS CORPORATION,

individually and as successor by merger to Buffalo Pumps, Inc., subject to all reservations of rights

and without waiver of any defenses including, but not limited to, service of process, venue and

jurisdiction, and request that copies of all motions, pleadings, orders, and any other documents

filed in the instant case be served upon him as set forth below.

| | |
|---|---|
| Attorney Name: | Peter J. Melaragno, Esq. |
| E-Mail Address: | pmelaragno@fowler-white.com |
| | |
| Secondary E-Mail | |
| Addresses for Service: | docservice@fowler-white.com |
| | shoag@fowler-white.com |

/s/ Peter J. Melaragno
Peter J. Melaragno
Fla. Bar No. 174432
E-Mail: pmelaragno@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone:  (305) 789-9200

CASE NO. 8:22-CV-01723-KKM-AAS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter J. Melaragno*
Peter J. Melaragno

FOWLER WHITE BURNETT P.A. • BRICKELL ARCH, 1395 BRICKELL AVENUE, 14TH FLOOR, MIAMI, FLORIDA 33131 • (305) 789-9200