IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

Case No.: 8:23-cv-01723-KKM-AAS

WARD ROBBINS,

    Plaintiff,

vs.

AIR & LIQUID SYSTEMS CORPORATION,
    individually and as successor by merger
    to BUFFALO PUMPS, INC.;
ALFA LAVAL INC., individually and as successor
    in interest to DELAVAL SEPARATOR COMPANY and
    SHARPLES CORP.;
CLEAVER-BROOKS INC., f/k/a CLEAVER-BROOKS,
    a division of AQUA-CHEM INC.;
DCO LLC f/k/a DANA COMPANIES, individually and
    as successor in interest to VICTOR GASKET
    MANUFACTURING COMPANY;
FOSTER WHEELER ENERGY CORPORATION;
GENERAL ELECTRIC COMPANY;
GRINNELL, LLC, d/b/a GRINNELL CORPORATION;
PARAMOUNT GLOBAL, f/k/a VIACOMCBS INC.,
    f/k/a CBS CORPORATION, f/k/a VIACOM, INC.,
    successor by merger to CBS CORP., f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,
    individually and as successor in interest to
    BF STURTEVANT CO.; and
REDCO CORPORATION, f/k/a CRANE CO.,
    individually and as successor in interest to
    DEMING PUMP CO., COCHRANE
    CORPORATION, CHAPMAN VALVE CO.,
    NATIONAL-US RADIATOR CORP., SWARTWOUT
    CO., and STEEL BOILER CORPORATION,

    Defendants.
_____/

### DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF DESIGNATION AND APPEARANCE OF LEAD COUNSEL AND DESIGNATION OF EMAIL ADDRESS

Defendant, Foster Wheeler Energy Corporation, hereby gives notice of the appearance and designation as lead counsel of Christopher Collings, Esq. of the law firm of Collings Law Firm for, and on, its behalf and seeks to receive CM/ECF notices via electronic means and copies of all motions, pleadings, orders, and other documents pertaining to the case at the following e-mail addresses:

    Primary Electronic Mail Address:    ccollings@collingslawfirm.com

    Secondary Electronic Mail Addresses:    edardis@collingslawfirm.com and pleadings@collingslawfirm.com.

Respectfully submitted,

**COLLINGS LAW FIRM**
*Counsel for Defendant, Foster Wheeler Energy Corporation*
255 Alhambra Circle, Suite 800
Coral Gables, FL  33134
Ph (305) 249-1520

By:   */s/ Christopher J. M. Collings*
     CHRISTOPHER J.M. COLLINGS
     Florida Bar No. 184403
     ccollings@collingslawfirm.com
     pleadings@collingslawfirm.com
     ERIN E. DARDIS
     Florida Bar No. 0075310
     edardis@collingslawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 1, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court and served on all counsel of record via the CM/ECF filing system.

By: _/s/ Christopher J. M. Collings_
CHRISTOPHER J.M. COLLINGS
Florida Bar No. 184403