UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WARD ROBBINS,  Case No.: 8:2023-cv-01723-KKM-AAS

    Plaintiff,

vs.

AIR & LIQUID SYSTEMS CORP., *et. al*,

    Defendants.

## NOTICE OF APPEARANCE

Defendant REDCO CORP. f/k/a CRANE CO., individually and as successor in interest to DEMING PUMP CO., COCHRANE CORP., CHAPMAN VALVE CO., NATIONAL-US RADIATOR CORP., SWARTWOUT CO. and PACIFIC STEEL BOILER CORP. ("Defendant"), gives notice of appearance of Rasheem M. Johnson, Esq. of the law firm of K&L Gates LLP on behalf of defendant in the above-captioned action. Counsel for defendant identified below requests receipt of notice of court filings in this matter by the Case Management and Electronic Case Files (CM/ECF) system.

Dated: November 8, 2023

Respectfully submitted,

*/s/ Rasheem M. Johnson*
Rasheem M. Johnson, Esq.
Florida Bar No.: 1011350
rasheem.johnson@klgates.com
litigation.docketing@klgates.com
**K& L GATES LLP**
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Tel.: (305) 539-3300
Fax: (305) 358-7095

***Attorneys for Defendant Redco Corp.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2023, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Rasheem M. Johnson*
Rasheem M. Johnson, Esq.