UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASHLEY ROBBINS,
Individually and as Personal
Representative of the Estate of
WARD ROBBINS,   Case No.: 8:2023-cv-01723-KKM-AAS

    Plaintiff,

v.

AIR & LIQUID SYSTEMS CORP., *et. al*,

    Defendants.

**DEFENDANT REDCO CORP.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

    A. Redco Corp. (f/k/a Crane Co.) ("Redco"), states that it is a privately owned subsidiary of Spruce Lake Liability Management Holdco LLC. No publicly held corporation owns 10% or more of Redco.

    B. Other than the named parties to this case and their attorneys, none.

2.) the name of every other entity with publicly-traded stock, equity, or debt

that may be affected by the outcome of the proceedings:

>None, at the present time.

3.)   the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>None, at the present time.

4.)   the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

>None, at the present time.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: April 30, 2024                    Respectfully submitted,

*/s/ Alejandra D. Gonzalez*
Alejandra D. Gonzalez
Florida Bar No.: 1035938
alejamdra.gonzalez@klgates.com
litigation.docketing@klgates.com
**K& L GATES LLP**
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Tel.: (305) 539-3300
Fax: (305) 358-7095

***Attorneys for Defendant Redco Corp.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2024, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Alejandra D. Gonzalez*
Alejandra D. Gonzalez, Esq.